**AFFIRMED and Opinion Filed October 31, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01186-CR**

**IVAN ALONSO DELGADO, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82186-2020**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Reichek

Appellant Ivan Alonso Delgado appeals his conviction and sixteen-year sentence for the offense of aggravated assault with a deadly weapon. We affirm.

Delgado entered a plea of guilty to the charge of aggravated assault with a deadly weapon, a second-degree felony with a punishment range of two to twenty years imprisonment and up to a $10,000.00 fine. After the trial court conducted a punishment hearing, it sentenced Delgado to sixteen years' incarceration.

In December 2019, Delgado was eating dinner with his mother at a CiCi's pizza restaurant in Plano, Texas. At some point, Delgado walked up to another

customer, Edgar Colunga, and began stabbing him. The two men did not know each other and had never met. By the time customers were able to pull Delgado away from Colunga, Delgado had stabbed him five times. One stab wound punctured Colunga's lung.

As a result of his injuries, Colunga was required to stay in the hospital for five days. He was forced to return to the hospital for additional surgery a few weeks later. Colunga testified that he has never fully recovered from the stabbing and has been unable to regain the full use of his punctured lung. Additionally, he stated that he suffers from daily pain, depression, and lack of energy.

Delgado testified at the hearing that he thought he heard Colunga say he wanted to kill Delgado's family. Delgado admitted he was diagnosed as schizophrenic, but that he had stopped taking his medication. He also admitted he uses illegal drugs such as cocaine.

Following the hearing, the trial court sentenced Delgado to sixteen years in the Texas Department of Criminal Justice.

Delgado's court-appointed counsel has filed a motion to withdraw as counsel and a brief in support of that motion. In the brief, counsel avers that, in her professional opinion, this appeal is frivolous. Counsel's brief and motion meet the requirements of *Anders v. California*, 386 U.S. 738, 744–45 (1967), by presenting a professional evaluation of the appellate record demonstrating why there are no

arguable grounds for relief. *See Stafford v. State*, 813 S.W.2d 503, 510–11 & n.3 (Tex. Crim. App. 1991).

Additionally, in compliance with *Kelly v. State*, counsel (1) notified Delgado of his motion to withdraw; (2) provided him a copy of both the motion and brief; (3) informed him of his right to file a pro se response; (4) informed him of his pro se right to seek discretionary review should this Court hold the appeal frivolous; and (5) took concrete measures to facilitate his review of the appellate record. *See* 436 S.W.3d 313, 319 (Tex. Crim. App. 2014). This Court afforded Delgado the opportunity to file a response on his own behalf, but he did not do so.

After an appellant's court-appointed counsel files a motion to withdraw on the ground that an appeal is frivolous and fulfills the requirements of *Anders*, this Court is obligated to undertake an independent examination of the record to determine if there is any arguable ground that may be raised on appellant's behalf. *See Stafford*, 813 S.W.2d at 511. Only then may we grant counsel's motion to withdraw. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988).

We have carefully reviewed counsel's brief and the appellate record. We agree with counsel that this appeal is wholly frivolous and without merit—we find nothing in the appellate record that arguably might support this appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006). Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment.

/Amanda L. Reichek/

AMANDA L. REICHEK
JUSTICE

Do Not Publish
Tex. R. App. P. 47
221186F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IVAN ALONSO DELGADO,
Appellant

No. 05-22-01186-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 380-82186-2020.
Opinion delivered by Justice
Reichek. Justices Nowell and Carlyle
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.

Judgment entered this 31st day of October 2024.